

FEB 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ANDREW W. AGUILERA, ) <br> ) <br> Defendant. ) | No. 5:09-cr-00004 JLT <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on February 10, 2010 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: February 10, 2010

SANDRA M. SNYDER
U.S. Magistrate Judge

1